# GARCIA-ARREGUI & FULLANA LAW OFFICES

252 Ave. Ponce de León
Citibank Tower, Suite 1101
San Juan, PR 00918
Tel: (787) 766-2530
Fax: (787) 756-7800

Unsec. Creditors Comm./ Raymond Ready Mix

June 01, 2010

Invoice #  10507

## Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/14/2010 | IMF | Initial conference with member of creditors committee. New case | 0.80 | 200.00 |
| | IMF | Drafting certificate and application for employment | 1.00 | 250.00 |
| 4/16/2010 | IMF | Application for appointment as counsel for committee | 1.00 | 250.00 |
| 4/19/2010 | IMF | Appearance at 341 of principals of corporation Raymond Ready Mix | 3.30 | 825.00 |
| 4/20/2010 | IMF | Phone call with Lic Colon RE: Principals 341 Raymond Jimenez | 0.60 | 150.00 |
| | IMF | Prepare certificate and office profile for application for appointment UCC | 0.80 | 200.00 |
| 5/3/2010 | IMF | Review amendments to statement of financial affair | 1.00 | 250.00 |
| 5/19/2010 | IMF | Información | 0.60 | 150.00 |
| | IMF | Review report Department of State. Request copies of information. Prepare for status hearing | 2.00 | 500.00 |
| | IMF | Review of motion status | 0.60 | 150.00 |
| 5/20/2010 | IMF | Conference call with member committee in concerning status hearing. Discusión of issues pertaining to financial statements and value of property | 1.50 | 375.00 |

Case:10-01256-MCF7   Doc#:61-1   Filed:08/02/10   Entered:08/02/10 14:40:42   Desc:
Exhibit invoice   Page 2 of 2

Unsec. Creditors Comm./ Raymond Ready Mix                                    Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/21/2010 | IMF | Hearing status. Conference with debtor's counsel | 0.80 | 200.00 |
| 5/26/2010 | IMF | Review of amendments to scheduled. Prepare for outing meeting with counsel for debtor | 2.00 | 500.00 |
| 5/27/2010 | IMF | Phone call with Sonia Colon, Esq. RE: Meeting with Lic Wigberto Lugo | 0.30 | 75.00 |
| 5/28/2010 | IMF | Receipt, review and lodging of minutes of status conference | 0.60 | 150.00 |
|  | For professional services rendered |  | 16.90 | $4,225.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Isabel M. Fullana | 16.90 | 250.00 | $4,225.00 |

Additional Charges :

| | | |
|---|---|---|
| 5/19/2010 cost of use pacer system filing of motions/ receiving from court | | 4.80 |
| 5/20/2010 cost of use pacer system filing of motions/ receiving from court | | 0.24 |
| Total costs | | $5.04 |
| Total amount of this bill | | $4,230.04 |
| Balance due | | $4,230.04 |

I HEREBY CERTIFY THAT THE PRESENT INVOICE HAS NOT BEEN PAID