## GARCIA-ARREGUI & FULLANA LAW OFFICES

252 Ave. Ponce de León
Citibank Tower, Suite 1101
San Juan, PR 00918
Tel: (787) 766-2530
Fax: (787) 756-7800

Unsec. Creditors Comm./ Raymond Ready Mix

July 22, 2010

Invoice # 10522

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/4/2010 | IMF | Review of draft minutes and monthly reports filed by debtor. | 1.00 | 250.00 |
| 6/5/2010 | IMF | Phone call with Roberto (trustee's office) as to status of equipment returned to creditor before the filing | 0.20 | 50.00 |
| 6/21/2010 | IMF | Review of proof of claim radicado por BPPR/ Email to Wigberto Lugo | 1.00 | 250.00 |
| | IMF | Email to Lic Sonia Colon, member creditor | 0.20 | 50.00 |
| 6/24/2010 | IMF | Phone call with Lic. Sonia Colon as to email sent | 0.30 | 75.00 |
| 7/14/2010 | IMF | Memo to Lic Lugo Mender RE: Status of case. Copy to members committee | 0.80 | 200.00 |
| 7/16/2010 | IMF | Receipt, review and lodging of monthly reports of May 2010 | 0.80 | 200.00 |
| | | For professional services rendered | 4.30 | $1,075.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Isabel M. Fullana | 4.30 | 250.00 | $1,075.00 |

Unsec. Creditors Comm./ Raymond Ready Mix                                    Page    2

Additional Charges :

| | | Amount |
|---|---|---:|
| 6/21/2010 | cost of use pacer system filing of motions/ receiving from court | 1.52 |
| 7/14/2010 | cost of use pacer system filing of motions/ receiving from court | 0.24 |
| | Total costs | $1.76 |
| | Total amount of this bill | $1,076.76 |
| | Previous balance | $4,230.04 |
| | Balance due | $5,306.80 |

I HEREBY CERTIFY THAT THE PRESENT INVOICE HAS NOT BEEN PAID