IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | |
|---|---|
| | CASE NO. 10-01256 SEK |
| RAYMOND READY MIX INC | Chapter 11 |
| | |
| XXX-XX2286 | |
| | **FILED & ENTERED ON 10/18/2010** |
| Debtor(s) | |

ORDER

First application for compensation of cousel for unsecured creditors committee filed on 08/02/2010 (Docket No. 61) is hereby APPROVED.

San Juan, Puerto Rico, this October 18, 2010.

*[signature]*
Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: DEBTOR (S)
   WIGBERTO  LUGO MENDER