# GARCIA-ARREGUI & FULLANA LAW OFFICES

252 Ave. Ponce de León  
Citibank Tower, Suite 1101  
San Juan, PR 00918  
Tel: (787) 766-2530  
Fax: (787) 756-7800

Unsec. Creditors Comm./ Raymond Ready Mix

November 17, 2010

Invoice # 10560

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/30/2010 | IMF | Draft application for fees | 1.00 | 250.00 |
| 8/2/2010 | IMF | Conference with committee chairperson as to information pertaining the operation of the business at the facilities in Hatillo. | 0.80 | 200.00 |
| 8/5/2010 | IMF | Receipt, review and lodging of notice hearing to consider application for fees | 0.20 | 50.00 |
| 8/12/2010 | IMF | Phone call with Lic Wigberto Lugo  RE: Property  Review of docket of related entry. Meeting with Jimenez Plumey and amended schedules as to property originally included in Corporate Case. Property in Hatillo is lease by the corporation. | 0.80 | 200.00 |
| 8/13/2010 | IMF | Phone call with Wigberto Lugo / Left message | 0.20 | 50.00 |
| | IMF | Draft email to Wigberto Lugo as to use of Certain Property. | 0.80 | 200.00 |
| 8/23/2010 | IMF | Review of docket  RE: Status of filing disclosure and filing extension of time to file DS. Post petition financing recently approved | 0.80 | 200.00 |
| | IMF | Draft of memo to Lic Lugo  RE: Status of case and possible sale or transfer | 0.80 | 200.00 |

Case:10-01256-MCF7   Doc#:92-1   Filed:11/17/10   Entered:11/17/10 18:01:31   Desc:
Unsec. Creditors Comm./ Raymond Ready Mix Exhibit invoice   Page 2 of 3

Page    2

|  |  | Hours | Amount |
|---|---|---|---|
| 8/24/2010 IMF | Receipt, review and lodging of copy of recent appraisal of Hatillo property and title search forward information to chairperson and counsel Eric Perez Ochoa. Review of sales Vega Baja and Hatillo | 0.80 | 200.00 |
| 8/25/2010 IMF | Receipt, review and lodging of memo from Eric and Sonia RE: Meeting of UCC. Copy to memo | 0.30 | 75.00 |
| 8/26/2010 IMF | Receipt, review and lodging of several email RE: Meeting of UCC | 0.30 | 75.00 |
| 9/17/2010 IMF | Drafting email to Lic. Lugo Re: monthly reports + disclosure statement | 0.80 | 200.00 |
| 9/23/2010 IMF | Meeting with Committee Chairperson Re: status of D.S. | 0.80 | 200.00 |
| IMF | Re: MOR July + August, review of appraisal, administrative schedules + June | 1.50 | 375.00 |
| IMF | Conference with Counsel for debt p/c claim hacienda | 0.30 | 75.00 |
| 9/24/2010 IMF | Hearing to consider application for fees. | 0.60 | 150.00 |
| IMF | Conference with debtor's counsel re: disclosure, Statement. Joint plan (2). Claim found by Hacienda treatment to Banco Popular / equip without liens to be sold for unsecured credits | 0.80 | 200.00 |
| 10/19/2010 IMF | Receipt new order selling hearing to consider request Ad expense file documents by Hacienda.  Review motion requesting payment of Adm. Expense  from Hacienda. | 1.50 | 375.00 |
| 10/21/2010 IMF | Conference with counsel for debtor, RE: closure statement + plan to the filed today. | 0.60 | 150.00 |
| 10/22/2010 IMF | Receipt review of disclosure statement + plan | 2.00 | 500.00 |
| 10/26/2010 IMF | Review of  5 + exhibit filed. | 1.00 | 250.00 |
|  | For professional services rendered | 16.70 | $4,175.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Isabel M. Fullana | 16.70 | 250.00 | $4,175.00 |

Additional Charges :

| | Amount |
|---|---:|
| 9/24/2010 Cost of parking 2.40 (Hearing 9/24) | 2.40 |
| 7/30/2010 cost of use pacer system filing of motions/ receiving from court | 0.32 |
| 8/2/2010 cost of use pacer system filing of motions/ receiving from court | 0.64 |
| 8/3/2010 Postage: Mailing | 38.28 |
| Copying cost: Mailing | 8.70 |
| 8/11/2010 cost of use pacer system filing of motions/ receiving from court | 7.36 |
| 8/12/2010 cost of use pacer system filing of motions/ receiving from court | 2.56 |
| 8/23/2010 cost of use pacer system filing of motions/ receiving from court | 1.36 |
| 10/4/2010 cost of use pacer system filing of motions/ receiving from court | 4.64 |
| 10/31/2010 cost of use pacer system filing of motions/ receiving from court | 5.92 |
| Total costs | $72.18 |
| Total amount of this bill | $4,247.18 |
| Previous balance | $5,306.80 |
| 11/17/2010 Payment - thank you | ($1,000.00) |
| Total payments and adjustments | ($1,000.00) |
| Balance due | $8,553.98 |

I HEREBY CERTIFY THAT THE PRESENT INVOICE HAS NOT BEEN PAID